United States District Court
Southern District of Texas
**ENTERED**
August 28, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Jeff Olley, et al., | § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. H-24-4667 |
| Adrianne S. Todman, In her Capacity as the United States Secretary of Housing and Urban Development, et al., | § § § § § § | |
| Defendants. | § § | |

## ORDER OF ADOPTION

The Court has carefully considered the Magistrate Judge's Report and Recommendation (docket no. 66) dated August 12, 2025, and Plaintiffs Jeff Olley, Aderonke Aderemi and the minor J.O.'s objections (docket no. 67) and the Court concludes that the Report and Recommendation should be adopted by this Court.

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendant Harris County's Motion to Dismiss (docket no. 32), Defendants Texas Workforce Commission (TWC), TWC Commissioner Bryan Daniel, TWC Civil Rights Division Director Bryan D. Snoody, and TWC Investigator Myron J. Lewis' Second Motion to Dismiss (docket no. 33), Defendants Adrianne S. Todman, in her capacity as the United States Secretary of Housing and Urban Development and the United States Department of Housing and Urban Developments' Motion to Dismiss (docket no. 34), and Defendants Judge Audrey Lawton-

Evans and Harris County Clerk Teneshia Hudspeth's Motion to Dismiss (docket no. 50), are all **GRANTED** and this case will be **DISMISSED WITH PREJUDICE**.[1]

**SIGNED** at Houston, Texas, on this the 28th day of August, 2025

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] On July 1, 2025, Plaintiffs filed a Second Amended Original Complaint, Request for an Emergency Injuntive (sic) Relief Under 5 USC 705 and Addition of New Defendants (docket no. 60) seeking to add Defendants Scott Turner, Andrew Hughes, Patrick Williams and Joe Belalcazar as additional Defendants. On July 2, 2025, Magistrate Judge Dena Hanovice Palermo entered an Order (docket no. 63) striking Plaintiff's Second Amended Complaint. Scott Turner, Andrew Hughes, Patrick Williams and Joe Belalcazar are therefore not parties to this action.