United States District Court
Southern District of Texas
**ENTERED**
August 28, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Jeff Olley, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. H-24-4667 |
| § | |
| Adrianne S. Todman, § | |
| In her Capacity as § | |
| the United States Secretary of Housing and § | |
| Urban Development, et al., § | |
| § | |
| Defendants. § | |

## **FINAL JUDGMENT**

In accordance with this Court's Orders of Adoption entered this day adopting the Magistrate Judge's recommendations, it is hereby **ORDERED** and **ADJUDGED** that Plaintiffs Jeff Olley, Aderonke Aderemi and the minor J.O.'s claims against Defendants Harris County, Texas Workforce Commission (TWC), TWC Commissioner Bryan Daniel, TWC Civil Rights Division Director Bryan D. Snoody, TWC Investigator Myron J. Lewis, Adrianne S. Todman, in her capacity as the United States Secretary of Housing and Urban Development, the United States Department of Housing and Urban Development, Judge Audrey Lawton-Evans and Harris County Clerk Teneshia Hudspeth, are all **DISMISSED WITH PREJUDICE**.

Plaintiffs shall **TAKE NOTHING** on the claims asserted in this case.

Costs shall be taxed against Plaintiffs.

**THIS IS A FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this the 28th day of August, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE